UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION — MDL No. 1431 (MJD/JGL)

This Document Relates to:

Jackie T. Praytor v. Bayer Corporation, et al. — Civ. No. 02-453

---

This matter is before the Court upon the request of Plaintiff for an expedited hearing on her motion to amend her complaint to add Pfizer, Inc. as a party defendant.

Currently, no motion to amend has been filed with the Court. Upon the filing of such motion, and upon receipt of the opposition brief and reply brief, the Court will rule on the motion without hearing.

Date:

Michael J. Davis
United States District Court

FILED
RICHARD D. S
JUDGMENT ENT
DEPUTY CLERK