# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JACKIE PRAYTOR, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE:JONATHAN LEBEDOFF |
| Plaintiff, | ) | U.S. Chief Magistrate Judge |
| | ) | |
| v. | ) | Case No: CIVIL 02-453 (MJD) |
| | ) | Date: FEBRUARY 24, 2004 |
| BAYER CORPORATION, et al., | ) | Court Reporter: N/A |
| | ) | Time Commenced: 9:00 A.M. |
| Defendant. | ) | Time Concluded: 12:30 P.M. |
| | ) | Time in Court: 3 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Ken Suggs, Rob Jenner

Defendant: Peter Sipkins, Gene Schaerr, Gary McConnell

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Final pretrial conference held
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☒ Settlement reached.
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to __________________ at _________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:

☐ Written order forthcoming.

s/ Jonathan Lebedoff
CHIEF MAGISTRATE JUDGE