**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)**

**This Document Also Relates to:**

**Jackie Praytor, Individually and as Personal Representative of the Estate of Effie Praytor,**
**Plaintiff,**
**v.**
**Bayer et al.,**
**Defendants.**

**O R D E R**

**Civil Case No. 02-453**

---

Kenneth M. Suggs, Suggs & Kelly Lawyers, P.A.; Ruth C. Smith, Grimes & Teich; and Robert K. Jenner and Steven A. Adelman, Janet Willoughby, Gershon, Getz & Jenner, L.L.C., for and on behalf of Plaintiff.

Peter W. Sipkins, and Elizabeth S. Wright, Dorsey & Whitney LLP; Philip S. Beck and Adam L. Hoeflich, Barlit Beck Herman Palenchar & Scott; Susan A. Weber, Eugene A. Schoon, Steven J. Ellison, and John M. Rushing, Sidley Austin Brown & Wood; Gene C. Schaerr, Sidley Austin Brown & Wood; and Richard K. Dandrea, Eckert Seamens Cherin & Mellott LLC, for and on behalf of Bayer Corporation.

Tracy J. Van Steenburgh, Halleland Lewis Nilan Sipkins & Johnson, P.A., and Fred T. Magaziner, Dechert Price & Rhoads, for and on behalf of SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

---

Before the Court is Plaintiff's Motion to Remand to the United States District Court for the Western District of North Carolina, Asheville Division (Doc. No. 22). The matter has been fully briefed, and oral argument was heard at the February 24, 2004 status conference.

The Court has been notified that this case has been settled. (Doc. No. 26.) It follows that the instant motion shall be denied as moot.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand to the United States District Court for the Western District of North Carolina, Asheville Division (Doc. No. 22) is **DENIED AS MOOT**.

Date: March 12, 2004, 2004

/s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court