IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431(MJD/JGL)

JACKIE T. PRAYTOR, Individually and as Personal Representative of the Estate of Effie Praytor, Deceased,

Plaintiff,

vs.

BAYER CORPORATION, SMITHKLINE BEECHAM CORPORATION A/K/A GLAXOSMITHKLINE INC.,

Defendants.

Civil Action No. 01-CV-00296
02-CV-0453

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs.

Dated: March 29, 2006

Gerald D. Jowers, Jr., Esquire
Robert K. Jenner, Esquire
Janet, Jenner & Suggs LLC
500 Taylor Street, Suite 301
Columbia, SC 29201
**Attorneys for Plaintiff**

Dated: April 7, 2006.

Frederick Rom

Frederick Rom, Esquire
Womble Carlyle Sandridge & Rice
P O Box 13069
Research Triangle Park, NC 27709

Hope Freiwald, Esquire
Dechert Price & Rhoads
40th Floor Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**Attorneys for Defendant Smithkline Beecham a/k/a Glaxosmithkline Inc.**

SCANNED
JUN 14 2006
U.S. DISTRICT COURT MPLS

Dated: 17 April, 2006

Richard Ellis, Esquire
Ellis & Winter
P O Box 33550
Raleigh, NC 27636

Susan Weber, Esquire
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Michael Borasky, Esquire
Eckert Seamans Cherin & Mellott
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Philip S. Beck, Esquire
Bartlit Beck Herman Palenchar & Scott
54 W. Hubbard Street, Suite 300
Chicago, IL 60610

**Attorneys for Defendant**
**Bayer Corporation**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431(MJD/JGL)

JACKIE T. PRAYTOR, Individually and as Personal Representative of the Estate of Effie Praytor, Deceased,

Plaintiff,

vs.

BAYER CORPORATION, SMITHKLINE BEECHAM CORPORATION A/K/A GLAXOSMITHKLINE INC.,

Defendants.

Civil Action No. 01-CV-00296

**ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** pursuant to the Stipulation of Dismissal, that this matter is hereby dismissed with prejudice with each party to bear its own costs and attorneys fees.

Dated JUN 13 2006, 2006

Michael J. Davis
United States District Judge

SCANNED
JUN 14 2006
U.S. DISTRICT COURT